05-24-00209-CV

Electronically Filed 2/23/2024 3:21 PM
Stacey Kemp County Clerk
Collin County, Texas
By: Lisa Chambers, Deputy
Envelope: 84855019

## CAUSE NO. PB1-1777-2020

| | | |
|---|---|---|
| **JOYCE A STEPHENS** | § | **IN THE PROBATE COURT** |
| | § | |
| **VS** | § | **No. 1** |
| | § | |
| **NATHANIAL REGGISH AND** | § | |
| **VALANA YIANNIOS** | § | **COLLIN COUNTY, TEXAS** |

5th COURT OF APPEALS
DALLAS, TEXAS
2/27/2024 3:13:49 PM
Ruben Morin
Clerk

---

### NOTICE OF APPEAL

---

This Notice of Appeal is filed by Nathanial Reggish, Defendant, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.   The trial court, cause number, and style of this case are as shown in the caption above.

2.   On June 13, 2023 a Jury was enpaneled, seated and sworn.

3.   The judgment or order appealed from was signed on December 15,2023.

4.   The Court heard a Motion for New Trial on February 21,2024 and it was denied.

5.   Nathanial Reggish desires to appeal from all portions of the judgment and jury verdict.

4.   This appeal is being taken to the Fifth Court of Appeals.

1

Respectfully submitted,

Law Office of J.B. Bailey
8700 Stonebrook Parkway #2326
Frisco, Texas 75034
Phone 469-248-6430
Fax 888-646-8755

/S/Jonathan B Bailey
TBN 24031712
Jonathan B Bailey
jbaileylaw@hotmail.com
**ATTORNEYS FOR NATHANIAL REGGISH AND VALANA YIANNIOS**

## CERTIFICATE OF SERVICE

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  Joyce A Stephens
Lead attorney:  Joseph A. Barbknect
Address of service:  The Barbknect Firm P.C.
The B Tower 1700 Alma Drive Suite 290
Plano, Texas 75075
Method of service:  by electronic filing manager
Date of service:  2/23/2024

I further certify that a true copy of this Notice of Appeal was delivered to the following court reporter:

Name of reporter:  Carolyn England
Method of delivery:  by electronic filing manager (englandcourtreporting@gmail.com)
Date of delivery:  2/23/2024

Name of reporter:  Collin County County Clerk(Zoom recording and court recording)
Address of reporter:  2100 Bloomdale Rd #12016
McKinney, Texas 75071
Method of delivery:  by electronic filing manager (probcourt@co.collin.tx.us)

Date of delivery:  2/23/2024


/S/ Jonathan B Bailey
Jonathan B Bailey
Attorney for Petitioner

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jonathan Bailey on behalf of Jonathan Bailey
Bar No. 24031712
jbaileylaw@hotmail.com
Envelope ID: 84855019
Filing Code Description: Notice
Filing Description: Notice
Status as of 2/23/2024 3:46 PM CST

Associated Case Party: JoyceA.Stephens

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Allen Barbknecht | 1718400 | jbarbknecht@yahoo.com | 2/23/2024 3:21:28 PM | SENT |
| Joseph Barbknecht | | jab@barbknecht.com | 2/23/2024 3:21:28 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Barbknecht | | jab@barbknecht.com | 2/23/2024 3:21:28 PM | SENT |
| Bryan Abercrombie | | bryan@abercrombielegalservices.com | 2/23/2024 3:21:28 PM | SENT |
| Carolyn England | | englandcourtreporting@gmail.com | 2/23/2024 3:21:28 PM | SENT |
| Collin County Probate Court | | probcourt@co.collin.tx.us | 2/23/2024 3:21:28 PM | SENT |

Associated Case Party: Nathanial Reggish

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nathan W.Reggish | | nathan@dominion.Law | 2/23/2024 3:21:28 PM | SENT |
| Jonathan B.Bailey | | jbaileylaw@hotmail.com | 2/23/2024 3:21:28 PM | SENT |